IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MACAELA CASHMAN, ) Plaintiff, ) vs. ) NATIONWIDE INSURANCE COMPANY OF AMERICA; ALLIED INSURANCE; and AMCO INSURANCE CO., Defendant. | No. CV 05-415-TUC-RCC **ORDER** |

On March 9, 2006, Magistrate Judge Jennifer C. Guerin issued a Report and Recommendation (Docket # 26) advising the Court to grant Defendants' motion to dismiss the breach of contract claim (Count 1 of the Complaint), to grant Defendants' motion to dismiss Nationwide Insurance as a Defendant, to grant Plaintiff leave to amend the Complaint and to deny Defendants' motion to dismiss the bad faith claim (Count 2) of the Complaint.

Federal Rule of Civil Procedure 72(b) gives a party objecting to the recommended disposition ten (10) days in which to file specific, written objections. To date, no such objections have been filed.

1  The Court considers the Recommendation to be thorough and well-reasoned.
2  Additionally, as there were no Objections, the Court will adopt the Recommendation of
3  the Magistrate Judge.

5  Accordingly, IT IS HEREBY ORDERED that the Report and Recommendation
6  (Docket # 26) is ADOPTED as the Opinion of the Court.

9  DATED this 6th day of April, 2006.

_____
Raner C. Collins
United States District Judge