| AO 435 (Rev. 10/05) Read instructions on Back | Administrative Office of the United States Courts<br>**TRANSCRIPT ORDER** | | |
|---|---|---|---|
| 1. NAME<br>Monica Switzer for Douglas Irish, Esq. | 2. PHONE NUMBER<br>(602) 262-0841 | 3. DATE<br>9/21/2006 | |
| 4. FIRM NAME<br>Lewis and Roca | | | |
| 5. MAILING ADDRESS<br>40 N CENTRAL AVE | 6. CITY<br>PHOENIX | 7. STATE<br>AZ | 8. ZIP CODE<br>85004 |
| 9. CASE NUMBER<br>4:05-CV-00415 | 10. JUDGE<br>Collins / JCG | DATES OF PROCEEDINGS<br>11. 10/18/2005 | 12. |
| 13. CASE NAME<br>Cashman v. Nationwide | | LOCATION OF PROCEEDINGS<br>14. | 15. STATE |

16. ORDER FOR
- [ ] APPEAL    [ ] CRIMINAL    [ ] CRIMINAL JUSTICE ACT    [ ] BANKRUPTCY
- [ ] NON-APPEAL    [X] CIVIL    [ ] IN FORMA PAUPERIS    [ ] OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify)<br>Motions hearing | 10/18/05 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | ADDITIONAL COPIES | DELIVERY INSTRUCTIONS | |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | PAPER COPY | [X] |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | ELECTRONIC COPY:<br>DISK | [ ] |
| DAILY | [X] | [ ] | NO. OF COPIES<br>1 | E-MAIL | [X] |
| HOURLY | [ ] | [ ] | NO. OF COPIES | E-MAIL ADDRESS<br>mswitzer@lrlaw.com | |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges (deposit plus additional).

19. SIGNATURE
s/Douglas Irish

20. DATE  9/21/2006

NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

TRANSCRIPT TO BE PREPARED BY
ORDER RECEIVED
DEPOSIT PAID
TRANSCRIPT ORDERED
TRANSCRIPT RECEIVED
ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT
PARTY RECEIVED TRANSCRIPT

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY